UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN GILLIARD,

        Petitioner,        Case No. 1:17-cv-65

v.        Honorable Paul L. Maloney

BONITA J. HOFFNER,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: February 17, 2017        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge