UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN GILLIARD,

               Petitioner,              Case No. 1:17-cv-65

v.                                    Honorable Paul L. Maloney

BONITA J. HOFFNER,

               Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED**

with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a

meritorious federal claim.

Dated:   February 17, 2017         /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge